IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY ASHLEY                                                                                           PLAINTIFF

Vs.                                    CASE NO. 4:09cv00659 JMM

MICHAEL MURRAY (original sued as Murry),                                        DEFENDANTS
BRUCE PENNINGTON and
MICHAEL WATSON (original sued as Walton)

## ORDER

Defendants having answered, the Clerk is directed to change the style of the case to indicate the correct name of Defendant Murry as Michael Murray and Defendant Walton as Michael Watson.

IT IS SO ORDERED THIS 17th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE