IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY ASHLEY                                                                                           PLAINTIFF

VS.                              CASE NO. 4:09CV00659JMM/HLJ

BARACK OBAMA, et al.                                                                    DEFENDANTS

## ORDER

    The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

    IT IS, THEREFORE, ORDERED that plaintiff's motion to re-open this case (DE #27) is hereby DENIED.

    IT IS SO ORDERED this 23rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE